**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-2369

WILLIAM C. HAMMEL; ALAN J. BELLAMENTE,

Plaintiffs - Appellants,

versus

STATE FARM MUTUAL AUTOMOBILE INSURANCE COM-
PANY; STATE FARM INDEMNITY COMPANY,

Defendants - Appellees.

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Bryson City.  Lacy H. Thornburg, Dis-
trict Judge.  (CA-99-44-2)

Submitted:  March 22, 2001          Decided:  March 27, 2001

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William C. Hammel, Alan J. Bellamente, Appellants Pro Se.  Bradley
Reid Kutrow, SMITH, HELMS, MULLISS & MOORE, Charlotte, North Caro-
lina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William C. Hammel and Alan J. Bellamente appeal from the district court's order dismissing their civil RICO complaint. Our review of the record and the district court's opinion adopting the recommendation of the magistrate judge discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. Hammel v. State Farm Mut. Auto. Ins. Co., No. CA-99-44-2 (W.D.N.C. Sept. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2